AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ELLIOTT INVESTMENT MANAGEMENT L.P. )<br>*Plaintiff* )<br>v. )<br>SECURITIES AND EXCHANGE COMMISSION )<br>*Defendant* ) | Case No. |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elliott Investment Management L.P.                                                                                         .

Date:     11/02/2023

/s/ Thomas Brugato
*Attorney's signature*

Thomas Brugato
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
*Address*

tbrugato@cov.com
*E-mail address*

(202) 662-5515
*Telephone number*

(202) 778-5515
*FAX number*