**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELLIOTT INVESTMENT MANAGEMENT L.P.,

Plaintiff,

v.

SECURITIES AND EXCHANGE COMMISSION,

Defendant.

Case No. 1:23-cv-03290-RDM

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Elliott Investment Management L.P. and defendant Securities and Exchange Commission hereby stipulate to dismissal of this action without prejudice, each party to bear their own fees and costs.

Dated: January 16, 2025

Respectfully submitted,

/s/ *Thomas Brugato*
Thomas Brugato (D.C. Bar 1013523)
Kevin F. King (D.C. Bar 1012403)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
tbrugato@cov.com

Bruce C. Bennett (D.D.C. Bar No. NY0572)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

*Counsel for Plaintiff*
*Elliott Investment Management L.P.*

/s/ *Esther Cheng*
Esther Cheng
Office of the General Counsel
U.S. Securities and Exchange Commission
D.C. Bar No. 1029082
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5092
Fax: (202) 772-9263
Email: ChengEs@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*